UNITED STATES DISTRICT COURT
FOURTH DIVISION
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Galen Bruer and Annamarie A. Daley, | Civil No. 04-4277 (MJD/JGL) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Allstate Insurance Company, | |
| Defendant. | |

---

Upon the foregoing Stipulation of Dismissal, it is hereby ordered as follows:

Any and all claims in this matter are hereby dismissed, with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

There being no just reason for delay, let judgment be entered accordingly.

Dated: July 27, 2006                         BY THE COURT:


                                             s / Michael J. Davis
                                             MICHAEL J. DAVIS
                                             United States District Court Judge